

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00130-CV

Palmira P. **CUELLAR** and Ramiro Cuellar,
Appellants

v.

**CVI LCF MORTGAGE LOAN TRUST I**,
Appellee

From the County Court, Duval County, Texas
Trial Court No. 18-C-1574
Honorable Ricardo O. Carrillo, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee CVI LCF Mortgage Loan Trust I recover its costs of court for this appeal from appellants Palmira P. Cuellar and Ramiro Cuellar.

SIGNED October 23, 2019.

_____
Patricia O. Alvarez, Justice